**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Manuel Flores,

*Plaintiff*,

-against-

Reagan Obiozor Anusionwu and Rave Homes LLC,

*Defendants.*

Case No. 25-cv-10132-JLR

**JUDGMENT**

The Defendant having served a Rule 68 Offer of Judgment dated April 10, 2026, and Plaintiff having served notice of acceptance on April 10, 2026, IT IS ORDERED AND ADJUDGED that:

Judgment is entered in favor of Plaintiff Manuel Flores against Defendant Rave Homes LLC, in the amount of Five Thousand Dollars and Zero Cents ($5,000.00), inclusive of all FLSA claims, damages, and attorneys' fees.

This judgment resolves Plaintiff's claims under the Fair Labor Standards Act only. All remaining claims in the above-captioned action are not resolved by this Judgment.

**SO ORDERED**

Dated: April 13, 2026

_Jennifer Rochon_____
Hon. Jennifer L. Rochon
United States District Judge


_____
CLERK OF COURT